UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,          )          Case No. MC21-0054RSL
                                         )
                         Plaintiff,      )
                                         )
            v.                           )
                                         )          ORDER TO ISSUE WRIT OF
J M R TRUCKING INC.,                     )          GARNISHMENT
                                         )
                         Defendant,      )
                                         )
            v.                           )
                                         )
BOEING EMPLOYEES CREDIT UNION,           )
                                         )
                         Garnishee.      )
                                         )

        This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"
for property in which the defendant/judgment debtor, J M R Trucking Inc., has a substantial
nonexempt interest and which may be in the possession, custody, or control of the garnishee,
Boeing Employees Credit Union. The Court having reviewed the record in this matter, it is
hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-3)
submitted by plaintiffs' counsel on May 18, 2021.

        Dated this 21st day of May, 2021.

                                         _Robert S. Lasnik_ (signature)
                                         _____
                                         Robert S. Lasnik
                                         United States District Judge