UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

J M R TRUCKING INC.,

    Defendant,

v.

BOEING EMPLOYEES CREDIT UNION,

    Garnishee-Defendant.

NO. MC21-0054RSL

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER

**Summary**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | J M R Trucking Inc. |
| Garnishee-Defendant: | Boeing Employees Credit Union |
| Garnishment Judgment Amount: | $3,412.00 |
| Attorneys' Fees: | $250.00 |
| Costs: | $162.00 |
| Percent Interest on Principal: | Three percent (3%) per annum |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER comes before the Court on plaintiff's proposed "Judgment on Garnishee Answer." Dkt. # 6. It appearing that Garnishee-Defendant has filed its answer herein stating that it

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

holds funds of the Judgment-Debtor, J M R Trucking Inc., in the sum of $3,412.00; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in exactly that amount; that Judgment Creditor incurred attorney's fees in the amount of $250.00, and costs in the amount of $162.00; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment and the Application for Writ of Garnishment (including a copy of the underlying judgment) indicating service upon the Judgment Debtor either by personal service or by Certified mail is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee Defendant in the sum of $3,412.00, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Judgment Creditor shall have judgment against the Judgment Debtor for attorney's fees and costs in this garnishment action in the sum of $412.00, said sum to be added to Judgment Creditor's prior judgment against Judgment Debtor;

3. Upon payment by the Garnishee of the $3,412.00 to the registry of this Court, the Garnishee shall be automatically discharged from this action.

4. Upon receipt of the aforementioned payment from the Garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $3,412.00, plus all accrued interest, minus any statutory user fees, payable to Northwest Administrators, Inc., and mail or deliver the check to Reid, McCarthy,

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

Ballew & Leahy, LLP, ATTN: Russell J. Reid, 100 West Harrison Street, North Tower, Suite 300, Seattle, WA 98119.

5. Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 9th day of September, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge